COMMONWEALTH *vs.* RICHARD DOYLE.

A complaint to a trial justice, charging an offence as committed after the date of the complaint, will be quashed, on objection taken after conviction and appeal, notwithstanding the St. of 1864, *c.* 250, § 2.

COMPLAINT to a trial justice, dated November 23, 1871, charging an illegal keeping of intoxicating liquors on December 23, 1871. The defendant was convicted and appealed. At the trial on appeal in the Superior Court, before *Devens*, J., the defendant contended that he could not be convicted upon a complaint which charged an offence as committed after the date of the complaint. It did not appear that he took this objection before the trial justice. The judge ruled that the defendant might be convicted if the evidence showed that he committed the offence before the time of the complaint. The jury returned a verdict of guilty, and the judge reported the case, at the defendant's request, for the determination of this court.

*D. W. Bond*, (*H. H. Bond* with him,) for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth. The St. of 1864, *c.* 250, § 2, provides that "any objection to a complaint, indictment or other criminal process, for any formal defect apparent on the face thereof" shall be taken before judgment by a trial justice.

BY THE COURT. The complaint alleging that the defendant was guilty at a day then future alleged no offence as having been already committed. *Complaint quashed.*